-PS/CD-O-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

MARTIN MANNING, 09A2518,

        Petitioner,

        -v-

CALVIN O. RABSATT,

        Respondent.

DECISION AND ORDER
12-CV-6443P

---

    Petitioner, an inmate at the Riverview Correctional Facility, has brought this proceeding under 28 U.S.C. § 2254. Petitioner seeks to challenge a conviction reached in County Court in Franklin County, New York. The Court finds that the Northern District of New York would be a more convenient forum for this action because all of the records relating to the petitioner's underlying criminal conviction are located in that district. *See Braden v. 30th Judicial Circuit Court of Kentucky*, 410 U.S. 484, 499, n.15 (1973). Petitioner has paid the $ 5.00 filing fee.

    IT HEREBY IS ORDERED, that the case is transferred to the United States District Court for the Northern District of New York.

    IT IS SO ORDERED.

                                          _____
                                              DAVID G. LARIMER
                                              United States District Judge

DATED: August 21, 2012
          Rochester, New York