-PS/CD-O-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

MARTIN MANNING, 09A2518,

        Petitioner,

        -v-

CALVIN O. RABSATT,

        Respondent.

DECISION AND ORDER
12-CV-6443P

---

Petitioner, an inmate at the Riverview Correctional Facility, has brought this proceeding under 28 U.S.C. § 2254. Petitioner seeks to challenge a conviction reached in County Court in Franklin County, New York. The Court finds that the Northern District of New York would be a more convenient forum for this action because all of the records relating to the petitioner's underlying criminal conviction are located in that district. *See Braden v. 30th Judicial Circuit Court of Kentucky*, 410 U.S. 484, 499, n.15 (1973). Petitioner has paid the $ 5.00 filing fee.

IT HEREBY IS ORDERED, that the case is transferred to the United States District Court for the Northern District of New York.

IT IS SO ORDERED.

                                                    DAVID G. LARIMER
                                                    United States District Judge

DATED: August 21, 2012
Rochester, New York

